AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00086 |
| Jonathan Bonney | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 4/25/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jonathan Bonney ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds

18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building

40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in Capitol Building.

Date:   4/25/2023

Digitally signed by G. Michael Harvey
Date: 2023.04.25 11:04:19 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.           G. Michael Harvey, U.S Magistrate Judge
*Printed name and title*
Magistrate Judge

### Return

This warrant was received on *(date)* 4-25-2023, and the person was arrested on *(date)* 4-27-2023
at *(city and state)* Madison, WI.

Date: 4-27-2023

*Arresting officer's signature*

FBI SA Christopher Nichols
*Printed name and title*