UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *v.*                                                                                   Case No. 23-mj-86

JONATHAN BONNEY,

    *Defendant.*

---

## MOTION TO WITHDRAW AND
## APPOINT NEW COUNSEL FOR JONATHAN BONNEY

Undersigned counsel, through Federal Defender Services of Wisconsin, Inc., hereby moves to withdraw as counsel for Jonathan Bonney. Counsel has served a copy of this motion on Mr. Bonney. *See* LCrR 44.5(d).

Withdrawal and appointment of successor counsel is appropriate in this case. Local Criminal Rule 44.5(d) states: "The Court may deny a motion to withdraw if the attorney's withdrawal would unduly delay trial of the case or be unfairly prejudicial to any party, or otherwise not be in the interests of justice." None of those concerns is at issue here. Trial has not been set in this case. Case-specific discovery was produced only recently. There are no impending deadlines. And the first status conference in this matter is not for another two weeks (July 6, 2023). What's more, undersigned counsel's office has contacted the Federal Defender in Washington, D.C.; that office is prepared to appoint new counsel as soon as this motion is granted; and successor counsel to represent

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

Mr. Bonney already has been identified. Of course, undersigned counsel will work with successor counsel to transition this matter and ensure that Mr. Bonney suffers no prejudice in the interim. Thus, Mr. Bonney will not be prejudiced by withdrawal of undersigned counsel, and such withdrawal will not be contrary to the interest of justice.

For all these reasons, undersigned counsel respectfully requests that the Court grant this motion and direct the Federal Defender in Washington, D.C., to appoint successor counsel.

Dated this 23rd day of June, 2023, in Madison, Wisconsin.

Respectfully submitted,

*/s/ Jessica Arden Ettinger*
Jessica Arden Ettinger (D.D.C. Bar No. D00483)
FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
22 E. Mifflin Street, Suite 1000
Madison, WI 53703
Tel.  (608) 260 9900
Email:  jessica_ettinger@fd.org

*Counsel for Jonathan Bonney*

## CERTIFICATE OF SERVICE

On this 23rd day of June 2023, I filed the foregoing document electronically with the Clerk of the Court for the United States District Court for the District of Columbia by using the Court's CM/ECF system, which will provide electronic service on all counsel of record.

>   */s/ Jessica Arden Ettinger*
>   Jessica Arden Ettinger (D.D.C. Bar No. D00483)
>   FEDERAL DEFENDER SERVICES
>     OF WISCONSIN, INC.
>   22 E. Mifflin Street, Suite 1000
>   Madison, WI 53703
>   Tel.  (608) 260 9900
>   Email:  jessica_ettinger@fd.org
>
>   *Counsel for Jonathan Bonney*