UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      *Plaintiff*,

*vs.*                                 Case No. 23-cr-86-GMH

JONATHAN BONNEY,

      *Defendant*.

## NOTICE OF APPEARANCE OF PETER R. MOYERS
## AS DEFENSE COUNSEL FOR JONATHAN BONNEY

TO:   Elizabeth Nash Eriksen
        DOJ-CRM
        1301 New York Avenue
        8th Floor
        Washington, DC 20005

Please take notice that the undersigned attorney hereby enters his appearance as counsel, for the defendant, Jonathan Bonney, in the above-referenced matter.

Dated at Madison, Wisconsin, this June 27, 2023.

                                              Respectfully submitted,

                                              *Peter R. Moyers*
                                              Peter R. Moyers
                                              Counsel for Mr. Bonney

THE MOYERS LAW FIRM, LLC
601 Sawyer Terrace
#5041
Madison, Wisconsin 53705
Tel: 608-286-8399
peter@moyerslawfirm.com