UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

    *Plaintiff*,

*vs.*　　　　　　　　　　　　　　　　Case No. 23-mj-86-GMH

JONATHAN BONNEY,

    *Defendant*.

---

### MOTION TO CONTINUE STATUS HEARING FOR 60 DAYS

Jonathan Bonney by counsel moves to continue the status hearing, which is scheduled for July 6, 2023, at 1:00 p.m. EDT, for a period of no less than 60 days.

Today, counsel entered his appearance at the federal defender office's request to take this CJA appointment. After discussing the matter with Boneny's prior attorney, as well as with Bonney himself, the defense asks for a 60-day continuance so that counsel can get up to speed on the case, discuss it with Bonney, and then engage the government on his behalf.

Counsel has discussed the speedy trial clock with Bonney. The defense agrees to toll it for the continuance's length.

Dated at Madison, Wisconsin, this June 28, 2023.

                                                Respectfully submitted,

                                                *Peter R. Moyers*
                                                Peter R. Moyers
                                                Counsel for Mr. Bonney

THE MOYERS LAW FIRM, LLC
601 Sawyer Terrace
#5041
Madison, Wisconsin 53705
Tel: 608-286-8399
peter@moyerslawfirm.com