UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *v.*                                                        Case No. 23-mj-86

JONATHAN BONNEY,

    *Defendant.*

---

**ORDER**

Upon consideration of the Motion to Withdraw and Appoint New Counsel for Jonathan Bonney, ECF No. 10, the Notice of Appearance of Peter Moyers, ECF No. 11, and the entire record herein, it is this 28th day of June, 2023, hereby

ORDERED that the motion to withdraw, ECF No. 10, is GRANTED; and it is further

ORDERED that Peter R. Moyers is appointed as counsel to Defendant Jonathan Bonney pursuant to the Criminal Justice Act.

                                                               _____
                                                               The Honorable G. Michael Harvey
                                                               United States Magistrate Judge